IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| NICK VLAHAKIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-555 |
| | § | |
| PEPSI-COLA METROPOLITAN | § | Mattice/Shirley |
| BOTTLING COMPANY, INC., and | § | |
| NEW BERN TRANSPORT | § | Jury Demand |
| CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL

Plaintiff, Nick Vlahakis, and Defendants, Pepsi-Cola Metropolitan Bottling Company and New Bern Transport Corporation, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendants in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own costs and fees.

Respectfully submitted this 27th day of June, 2014.

/s B. Chadwick Rickman by JDP w/perm
B. Chadwick Rickman, BPR #17534
Loring Justice, PLLC
11911 Kingston Pike, Suite 201
Knoxville, TN 37934
(865) 584-8620 (telephone)
(865) 584-8621 (fax)

Attorneys for Plaintiff

/s Jerome D. Pinn
Jerome D. Pinn, BPR #17848
Wimberly Lawson Wright Daves & Jones, P.C.
550 W. Main Avenue, Suite 900
Knoxville, TN 37902
(865) 546-1000 (telephone)
(865) 546-1001 (fax)

Raymond A. Cowley, TX Bar No. 04932400
Cox Smith Matthews Incorporated
1400 North McColl Road, Ste. 204
McAllen, Texas 78501
(956) 984-7400 (telephone)
(956) 984-7499 (fax)

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on June 27, 2014, a copy of the foregoing Stipulation of Dismissal has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                s/ Jerome D. Pinn
                                                Jerome D. Pinn